STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v. ADA CATHCART, DEFENDANT, AND SANTO J. PARRONE, DEFENDANT-PETITIONER.

*Mr. Norman Fischbein* for the petitioner.

*Mr. Brendan T. Byrne* and *Mr. James R. Zazzali* for the respondent.

September 19, 1967.  Denied.

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v. MILTON GOLDMAN, DEFENDANT-PETITIONER.

See same case below 95 *N. J. Super.* 50.

*Mr. Norman Fischbein* for the petitioner.

*Mr. Brendan T. Byrne* and *Mr. James R. Zazzali* for the respondents.

September 19, 1967.  Denied.

STATE OF NEW JERSEY, PLAINTIFF-PETITIONER, v. JOSEPH KASABUCKI, DEFENDANT-RESPONDENT.

See same case below 96 *N. J. Super.* 173.

*Mr. Leo Kaplowitz* and *Mr. Raymond S. Londa* for the petitioner.

*Messrs. Weiner, Weiner & Glennon* for the respondent.

September 19, 1967.  Granted.